AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>GONZALO LARA,<br><br>Defendant(s) | )<br>)<br>) Case No. 21-MJ-6379-AOV<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 17, 2021** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | That the defendant did knowingly possess any visual depiction using any means and facility of interstate and foreign commerce, that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the possession of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2). |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Vanessa Juede
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/17/2021

*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Vanessa Juede, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations, Fort Lauderdale, Florida. I have been employed as a Special Agent since October 2002. I am responsible for investigations of offenses under Titles 8, 18, 19 and 21 of the United States Code. As part of my daily duties as a HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a), 2252A, 2251(a) and (e), and 2422(b). I have received training in the area of child pornography and child exploitation.

2. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which has involved reviewing several forms of media, including computers.

3. I make this Affidavit in support of a criminal complaint charging Gonzalo Lara ("LARA") with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

**PROBABLE CAUSE**

5. In April 2021, Fort Lauderdale Police Department received a complaint from M.L. that her 16-year-old son ("Victim 1") was sexually abused by a family member identified as LARA. In May of 2021, Agents from Homeland Security were asked to assist with the investigation. M.L. advised law enforcement that after Victim 1 disclosed the abuse she located a black Samsung cell phone that LARA left at her residence on or about April 17, 2021. M.L. advised that she cares for LARA's elderly father at her residence and LARA frequently comes over to visit. M.L. opened LARA's cell phone and observed images of child pornography, which M.L. described as young boys similar in age to Victim 1 having sex.

6. M.L. advised law enforcement that she viewed the application "WhatsApp" that LARA had installed on his phone. When M.L. opened WhatsApp, she observed an image of two male children approximately 12-13 years of age having sex. M.L. also observed multiple pornographic photos titled "boys" in LARA's phone.

7. Law enforcement subsequently conducted a forensic interview of Victim 1. During the forensic interview, Victim 1 revealed that LARA has been sexually abusing him by penetrating him anally with his penis as recently as March of 2021. Victim 1 further disclosed that the abuse occurred weekly and began in or about 2019, when Victim 1 was 15 years old. Victim 1 also disclosed that LARA forced him to perform oral sex on him while in LARA's vehicle. Victim 1 also recalled that LARA used a cellular telephone phone to record the sex acts. Victim 1 knows LARA recorded the abuse because Victim 1 saw the cell phone and LARA played the videos back for Victim 1 on the cell phone. Victim 1 explained that he observed LARA upload the videos from that cellular telephone to his laptop computer while they were in the vehicle.

8. In May 2021, The Honorable Judge Edward Merrigan Jr. of the Seventeenth Judicial Circuit in Florida, Broward County, authorized a search of LARA's Samsung Model: SM-

J327V, IMEI: 352424093611214, cell phone service T-Mobile, cell phone (786) 508-8492, which was made in China and recovered from M.L.'s residence.[1] Law enforcement conducted record checks in several databases which listed LARA as a registered owner.

9. Law enforcement observed numerous indicia of ownership in the cell phone evidencing that it belonged to LARA. For example, the Google application was installed on the phone and the account was registered to LARA using email address gonzalodesignpm@gmail.com. Law enforcement also observed that the phone had the Uber application installed with the account settings linked to LARA by email and home address. Additionally, law enforcement served an administrative subpoena to Google, Inc., for subscriber information. Google, Inc., responded with documentation revealing that the customer billing profile is LARA.

10. Law enforcement searched the phone and located numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or the lascivious exhibition of their genitals, all of which Your Affiant knows to be child pornography. The files were located in the WhatsApp application on LARA's cell phone. A sample of materials collected by law enforcement are described as follows:

> A) Four (4) videos with an extension mp4. One of the videos depicts a prepubescent male being anally penetrated by an adult male.
>
> B) Eight (8) videos with an extension mp4. Three of these videos depict a prepubescent male being anally penetrated by an adult male.

11. Law enforcement also became aware that in addition to the cellular telephone that LARA left at M.L.'s residence where law enforcement located the child sexual exploitation

---

[1] Broward County Court Search Warrant Number 34-2104-063771

material mentioned above, LARA has a second cellular telephone assigned phone number 954-393-5051. Victim 1 believes that this second cellular telephone is the one LARA used to record the sexual abuse in the car.

## CONCLUSION

12. Based upon the information provided above, I respectfully submit that probable cause exists to believe that LARA committed a violation of Title 18, United Code, Section 2252(a)(4)(B) and (b)(2).

*FURTHER YOUR AFFIANT SAYETH NAUGHT*

Respectfully submitted,

_____
Vanessa Juede, Special Agent
Homeland Security Investigations (HSI)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 17th day of June 2021, at Fort Lauderdale, Florida.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE